**DISMISS and Opinion Filed October 30, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-00810-CV**

**KENNETH LEO BUHOLTZ, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-01691-2018**

# MEMORANDUM OPINION

Before Justices Bridges, Molberg, and Partida-Kipness
Opinion by Justice Bridges

Appellant appeals from the trial court's order denying his motion to transfer jurisdiction

from the county court at law to the district court. In response to a letter from this Court questioning

its jurisdiction over this appeal, appellant has filed a motion to withdraw his notice of appeal. We

grant the motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

190810F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

KENNETH LEO BUHOLTZ, Appellant

No. 05-19-00810-CV      V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law No. 6, Collin County, Texas
Trial Court Cause No. 006-01691-2018.
Opinion delivered by Justice Bridges.
Justices Molberg and Partida-Kipness participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee THE STATE OF TEXAS recover its costs of this appeal from appellant KENNETH LEO BUHOLTZ.

Judgment entered October 30, 2019